IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINCENT F. RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-0394-WKW- |
| ) | (WO) |
| BOB RILEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) that the plaintiff's motion for leave to proceed in forma pauperis (Doc. # 2) is due to be denied and the case dismissed without prejudice as the plaintiff failed to pay the requisite $250 filing fee upon the initiation of this case.  On May 18, 2006, the plaintiff filed an Objection (Doc. # 4) to the Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 4) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED.

3. The plaintiff's motion for leave to proceed in forma pauperis (Doc. # 2) is DENIED.

4. The plaintiff's action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 25th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE