IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-0394-WKW- |
| | ) | (WO) |
| BOB RILEY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the Court on the plaintiff's Motion to Reopen the Judgment and Memorandum of Law (Doc. # 9), which the Court deems to be a Motion for Relief from Judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure. The plaintiff fails to establish a basis for relief under Rule 60. Therefore, the motion is DENIED.

DONE this the 22nd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE