IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-0394-WKW- |
| | ) | (WO) |
| BOB RILEY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the Motion to Reopen Judgment (Doc. # 16) is DENIED.

DONE this 7th day of December, 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE