IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-0394-WKW- |
| | ) | (WO) |
| BOB RILEY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

It is ORDERED that the Motion for Leave to Appeal in Forma Pauperis (Doc. # 21) is DENIED.

DONE this 7th day of August, 2008.

                                          /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE